HEATHER WILLIAMS, #122664
Federal Defender
LEXI NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEVIN LEE MOECKLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:03-cr-00538-MCE-1 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | APPLICATION AND ORDER FOR *WRIT OF HABEAS CORPUS AD PROSEQUENDUM* |
| v. | ) | |
| KEVIN LEE MOECKLEY, | ) | |
| Defendant. | ) | |

Mr. Kevin Lee Moeckley, by and through undersigned counsel, hereby respectfully requests that this Honorable Court grant this *writ of habeas corpus ad prosequendum*.

Mr. Moeckley, Federal Register # 14924-097, is currently housed in the California Correctional Institution located at 24900 Highway 202, Tehachapi, California, 93561, serving a state sentence. Mr. Moeckley's CDC #AS1790 and his release date is August 22, 2014.  There is a federal detainer lodged against Mr. Moeckley for a violation of his federal supervised release filed on August 29, 2013.  Upon his arrival in this district, he will be called for an initial appearance on a petition alleging the violation of his supervised release.

-1-

In order to secure the presence of the defendant it is necessary that a *Writ of Habeas Corpus ad Prosequendum* be issued commanding the United States Marshal Service to produce the defendant in court as soon as practicable before the Honorable Morrison C. England, Jr., and at such other dates as may be necessary in order to procure defendant's presence for other proceedings incident thereto.

WHEREFORE, Mr. Moeckley respectfully requests that the Court grant this requested *Writ of Habeas Corpus ad Prosequendum* out of and under the seal of this Court, directed to the United States Marshal, commanding him to have and produce or cause to be produced the above-named defendant in the United States District Court forthwith, and then and there to present the defendant before the Court as soon as practicable, and from day to day thereafter as may be necessary, and at the termination of the proceedings against the defendant to return defendant to the custody of the Tehachapi Correctional Institution.

DATED: March 17, 2014

Respectfully submitted,

HEATHER WILLIAMS
Federal Defender

 /s/ Lexi Negin
LEXI NEGIN
Assistant Federal Defender
Attorney for Defendant Kevin Lee Moeckley

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:03-cr-00538-MCE-1 |
| Plaintiff, | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| KEVIN LEE MOECKLEY, | |
| Defendant. | |

TO:   The Warden of Tehachapi, California Correctional Institution and to any United States     Marshal:

**GREETINGS**

WE COMMAND that you produce and deliver the person known as KEVIN LEE MOECKLEY, Federal Register Number #14924-097, CDC#AS1790, now in your custody, before the Honorable MORRISON C. ENGLAND, JR., United States District Judge, U.S. Courthouse, 501 I Street, 8th Floor, Sacramento, California, forthwith, in order that said Defendant in the above-entitled case may be present during hearing of his case, and also at such other times and for such other purposes as may be ordered by the Court.

The delivery of the Defendant to the custody of the United States Marshal, or to the courtroom of the United States District Court, as aforesaid, and then return to you of said defendant to your custody, shall be deemed sufficient compliance with the *Writ*. WITNESS the Honorable Morrison C. England, Jr., United States District Judge, for the Eastern

District of California.

DATED: _____, 2014

CLERK, UNITED STATES DISTRICT COURT
Eastern District of California

-3-

1
2      By:_____
              Deputy Clerk
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                    -4-

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KEVIN LEE MOECKLEY,<br>Federal Register Number #14924-097<br>California Dept. of Corrections #AS1790<br><br>  Defendant. | Case No.: 2:03-cr-00538-MCE-1<br><br>ORDER RE APPLICATION FOR WRIT OF HABEAS CORPUS |

### ORDER

The application for *writ of habeas corpus prosequendum*, ECF No. 19, is hereby GRANTED. The Clerk of the Court is directed to issue the attached Writ and deliver it to the U.S. Marshal for service.

**IT IS SO ORDERED.**

Dated: March 17, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

-5-